**DICKINSON WRIGHT PLLC**
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:   775-343-7500
Fax:   844-670-6009
Email: JBustos@dickinsonwright.com

**DICKINSON WRIGHT PLLC**
DAVID M. MIRAZO (*will comply with LR IA 11-2 within 14 days*)
221 N. Kansas Street, Suite 2000
El Paso, TX 79901
Tel:   915-541-9300
Fax:   844-670-6009
Email: DMirazo@dickinsonwright.com

*Attorneys for Plaintiff*
CHOICE RAC, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOICE RAC, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ERNESTO HERRERA and NORA HERRERA,<br><br>                    Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES** |

COMES NOW Plaintiff CHOICE RAC, LLC, by and through its attorneys, Dickinson Wright PLLC, and files this Complaint for Damages, and in support thereof, would respectfully allege as follows:

**PARTIES**

1. Plaintiff Choice RAC, LLC is a Nevada limited liability company with its principal place of business in Nevada.

2. Defendant Ernesto Herrera is an individual resident of the State of Texas, and can be served with process at 609 Meadow Willow, El Paso, Texas 79922, or wherever he may be found.

3. Defendant Nora Herrera is an individual resident of the State of Texas, and can be

1

served with process at 609 Meadow Willow, El Paso, Texas 79922, or wherever she may be found.

## JURISDICTIONAL ALLEGATIONS

4. The allegations above are incorporated herein by reference.

5. Plaintiff Choice RAC, LLC is a Nevada limited liability company with its principal place of business in Nevada. All of Plaintiff's members are residents and citizens of the State of Nevada. Plaintiff is therefore a citizen of the State of Nevada for federal diversity jurisdiction purposes. No member of Plaintiff is a citizen of the State of Texas.

6. Defendant Ernesto Herrera is an individual resident of the State of Texas and is therefore a citizen of Texas for federal diversity jurisdiction purposes. Defendant Ernesto Herrera voluntarily submitted himself and consented to personal jurisdiction in the State of Nevada expressly in the promissory note at issue in this case, as well as by signing a promissory note with payment and performance terms in Clark County, Nevada.

7. Defendant Nora Herrera is an individual resident of the State of Texas and is therefore a citizen of Texas for federal diversity jurisdiction purposes. Defendant Nora Herrera voluntarily submitted herself and consented to personal jurisdiction in the State of Nevada expressly in the promissory note at issue in this case, as well as by signing a promissory note with payment and performance terms in Clark County, Nevada.

8. Subject-matter jurisdiction of this cause is based upon diversity jurisdiction under 28 U.S.C. § 1332, because the only Plaintiff, Choice RCA, LLC, does not share citizenship with any Defendant and because the amount in controversy exceeds $75,000.

9. Venue is proper in the District of Nevada under 28 U.S.C. § 1391(b)(2) and (3), because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in the State of Nevada, and the parties agreed that the place for payment of the promissory note at issue in this case is Las Vegas, Nevada and the agreed venue for any disputes is Clark County, Nevada.

## FACTUAL BACKGROUND

10. The allegations above are incorporated herein by reference.

11. On May 13, 2022, Defendants signed and delivered to Plaintiff a Secured

Promissory Note in the principal amount of $1,215,539.47 payable to Plaintiff (the "Note").

12. The Note matured on November 1, 2022 (the "Maturity Date"), at which time all principal, interest, cost and expenses became due and payable.

13. Defendants failed to pay the Note by the Maturity Date.

14. If not paid by the Maturity Date, the Note bears interest at the rate of 5.5% per annum beginning on June 1, 2022. Further, if an Event of Default occurs, upon ten-day notice to Defendants, the Note bears a default interest rate of 10% per annum.

15. On January 22, 2024, Plaintiff gave ten-day notice of default to Defendants (the "Notice"). Defendants failed to pay the Note within ten days, as demanded, and the default interest rate is now accruing.

16. A true and correct copy of the Note is attached to this Complaint as Exhibit 1 and is incorporated herein by reference as if set forth at length herein.

17. A true and correct copy of the Notice is attached to this Complaint as Exhibit 2 and is incorporated herein by reference as if set forth at length herein.

18. Plaintiff now files this Complaint to recover all amounts owed by Defendants to Plaintiff pursuant to the Note, including all principal, interest, late penalties, costs, expenses, and attorney's fees.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**(MAKER LIABILITY)**

19. The allegations above are incorporated herein by reference.

20. The Note is an unconditional promise by Defendants to pay Plaintiff the amounts set forth therein.

21. Defendants signed and delivered the Note to Plaintiff and are liable to Plaintiff for all payments in accordance with the express terms of the Note.

22. Plaintiff is the owner and holder of the Note, and all rights thereunder.

23. The Note has matured and all principal, interest, and other charges are now immediately due and owing to Plaintiff under the Note.

24. Plaintiff is entitled to recover from Defendants all amounts due under the Note, including all principal, interest, late penalties, costs, expenses, and attorney's fees.

## SECOND CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

25. The allegations above are incorporated herein by reference.

26. The Note is a binding and enforceable contract between Plaintiff and Defendants for which there was a valid offer, acceptance, and consideration.

27. Plaintiff performed the contract or was excused from performing.

28. Defendants breached the contract by failing and refusing to pay the amounts due under the Note.

29. As a result of Defendants' breach of contract, Plaintiff suffered damages and is entitled to recover from Defendants all amounts due under the Note, including all principal, interest, late penalties, costs, expenses, and attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays for relief against Defendants as follows:

A. For damages;

B. For prejudgment interest and post-judgment interest;

C. For costs incurred in this action;

D. For reasonable attorney's fees; and

E. For such other and further relief to which Plaintiff may be entitled.

/ / /

/ / /

/ / /



DATED this 5th day of February, 2024.

                **DICKINSON WRIGHT PLLC**

*/s/ Justin J. Bustos*
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel:    775-343-7500
Email:   JBustos@dickinsonwright.com

**DICKINSON WRIGHT PLLC**
DAVID M. MIRAZO (*will comply with LR IA 11-2 within 14 days*)
221 N. Kansas Street, Suite 2000
El Paso, TX 79901
Tel:    915-541-9300
Fax:    844-670-6009
Email: DMirazo@dickinsonwright.com

*Attorneys for Plaintiff*
*CHOICE RAC, LLC*



5

## **EXHIBIT TABLE**

| Exhibit | Description | Pages Numbers |
|---|---|---|
| 1 | Secured Promissory Note dated May 13, 2022 | 1-7 |
| 2 | Notice of Default Letter dated January 22, 2024 | 8-16 |

