UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHOICE RAC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO HERRERA and<br>NORA HERRERA,<br><br>Defendants. | Case No. 2:24-cv-00244-MMD-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw Martin L. Welsh and Law Office of Hayes & Welsh as counsel for Ernesto Herrera and Nora Herrera. ECF No. 26. No response was filed. Counsel's Motion establishes good cause for withdrawal under the Nevada Rules of Professional Conduct and complies with all Local Rules pertaining to the same. A review of the docket demonstrates no prejudice will arise from granting the Motion to Withdraw.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw Martin L. Welsh and Law Office of Hayes & Welsh as counsel (ECF Nos. 26) is GRANTED.

IT IS FURTHER ORDERED that any discovery not already propounded on Defendants must not be propounded for a period of 30 days following the date of this Order so that Defendants may have a reasonable opportunity to engage new counsel. Any pending discovery due date is extended by this Order for the same 30 day period.

IT IS FURTHER ORDERED that current counsel for Defendants must serve a copy of this Order on Defendants and file a notice of compliance regarding the same.

Dated this 13th day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE