LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
lwelsh@lvlaw.com
k.bratton@hayesandwelsh.onmicrosoft.com
*Attorneys for Defendants, Ernesto Herrera
And Nora Herrera*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHOICE RAC, LLC, <br><br>           Plaintiff, <br><br> v. <br><br> ERNESTO HERRERA and NORA HERRERA, <br><br>           Defendants. | Case No.:   2:24-cv00244-MMD-EJY |

## ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE

Defendants Ernesto Herrera and Nora Herrera (collectively, "Defendants"), by and through their counsel of record, together with Choice RAC, LLC ("Plaintiff"), by and though its counsel of record, hereby submit this stipulation (the "Stipulation") to extend time for Defendants to file a response/opposition to Plaintiff's Motion for Summary Judgment [ECF No. 30] (the "Motion"). Defendants' response/opposition to the Motion is presently due on October 11, 2024. This Stipulation is submitted in compliance with LR IA 6-2.

This is the first stipulation to extend time to respond to the Motion. The primary reason for the extension of time is that Defendants' counsel appeared in this matter around the same time the Motion was filed and is seeking additional time to become familiar with the underlying facts at issue in the Motion.

...

...

1

Defendants and Plaintiff stipulate to the following:

Defendants shall have an additional one week (7 days), or through October 18, 2024, to file a response/opposition to the Motion [ECF No. 30].

| PREPARED AND SUBMITTED BY: | AGREED TO AND APPROVED BY: |
|---|---|
| By: /s/ Larson A. Welsh<br>LAW OFFICE OF HAYES & WELSH<br>LARSON A. WELSH, Esq.<br>Nevada Bar No. 12517<br>199 North Arroyo Grande Blvd., Ste 200<br>Henderson, Nevada 89074<br>lwelsh@lvlaw.com<br>Tel: (702) 434-3444<br>*Attorneys for Defendants Ernesto and Nora Herrera* | By: /s/ Gabriel A. Blumberg<br>DICKINSON WRIGHT PLLC<br>GABRIEL A. BLUMBERG, Esq.<br>Nevada Bar No. 12332<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br>GBlumberg@dickinsonwright.com<br>Tel: (702) 550-4400<br>*Attorneys for Plaintiff, Choice RAC, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2024