1  DICKINSON WRIGHT PLLC
   JUSTIN J. BUSTOS
2  Nevada Bar No. 10320
   100 West Liberty Street, Suite 940
3  Reno, Nevada  89501-1991
   Tel:    775-343-7500
4  Fax:    844-670-6009
   Email:  JBustos@dickinsonwright.com
5
   DICKINSON WRIGHT PLLC
6  GABRIEL A. BLUMBERG
   Nevada Bar No. 12332
7  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, NV 89169
8  Tel: 702-550-4438
   Fax: 844-670-6009
9  Email:  GBlumberg@dickinsonwright.com

10 KEMP SMITH
   DAVID M. MIRAZO (*Admitted Pro Hac Vice*)
11 221 N. Kansas Street, Suite 1700
   El Paso, TX 79901
12 Tel:    915-533-4424
   Fax:    915-546-5360
13 Email: David.Mirazo@kempsmith.com

14 *Attorneys for Plaintiff*
   *CHOICE RAC, LLC*
15

16              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
17

18 CHOICE RAC, LLC,                    | Case No. 2:24-cv-00244-MMD-EJY

19                        Plaintiff,   | **ORDER GRANTING STIPULATION
                                       | AND PROPOSED ORDER TO EXTEND
20 v.                                  | TIME TO FILE PLAINTIFF'S REPLY
                                       | BRIEF IN SUPPORT OF MOTION FOR
21 ERNESTO HERRERA and NORA            | SUMMARY JUDGMENT
   HERRERA,
22                                     | **(FIRST REQUEST)**
                       Defendants.
23

24        Plaintiff Choice RAC, LLC ("Plaintiff"), by and through its counsel, the law firms of

25 Dickinson Wright PLLC and Kemp Smith, and Defendants Ernesto Herrera and Nora Herrera

26 (collectively "Defendants"), by and through their counsel of record, hereby submit this Stipulation

27 (the "Stipulation") to extend the time for Plaintiff to file a reply brief in support of its Motion for

28 Summary Judgment [ECF No. 30] (the "Motion"). Plaintiff's reply brief is presently due on

                                    1

November 1, 2024.  This Stipulation is submitted in compliance with LR IA 6-2.

This is Plaintiff's first request to extend time to reply to the Motion.  Plaintiff is requesting an extension of time because lead counsel is in trial on the current due date and Plaintiff requires additional time to respond to the arguments contained in Defendants' Opposition.

Plaintiff and Defendants stipulate and agree that Plaintiff shall have an additional seven days, or through and including November 8, 2024, to file a reply brief in support of the Motion [ECF No. 30].

DATED this 30th day of October, 2024.

DICKINSON WRIGHT PLLC                    LAW OFFICE OF HAYES & WELSH

/s/ Gabriel A. Blumberg                  /s/ Larson A. Welsh
JUSTIN J. BUSTOS                         LARSON A. WELSH
Nevada Bar No. 10320                     Nevada Bar No. 12517
100 West Liberty Street, Suite 940       199 North Arroyo Grande Blvd., Ste. 200
Reno, Nevada  89501-1991                 Henderson, Nevada  89074
Tel:    775-343-7500                     Tel:    702-434-3444
Email:  JBustos@dickinsonwright.com      Email: lwelsh@lvlaw.com

DICKINSON WRIGHT PLLC                    *Attorneys for Defendants*
GABRIEL A. BLUMBERG                      *ERNESTO AND NORA HERRERA*
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4438
Fax: 844-670-6009
Email:  GBlumberg@dickinsonwright.com

KEMP SMITH
DAVID M. MIRAZO (*Admitted Pro Hac Vice*)
221 N. Kansas Street, Suite 1700
El Paso, TX 79901
Tel:    915-533-4424
Fax:    915-546-5360
Email: David.Mirazo@kempsmith.com

*Attorneys for Plaintiff*
*CHHOICE RAC, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:    October 31, 2024

2