UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CHOICE RAC, LLC, | Case No. 2:24-cv-00244-MMD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ERNESTO HERRERA and NORA HERRERA, | |
| Defendants. | |

Pending before the Court is the Motion to Withdraw as Attorneys for Defendants (ECF No. 43). No response to the Motion was timely filed.

Accordingly, good cause shown, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorneys for Defendants (ECF No. 43) is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed for a period of thirty (30) days, which is calculated by the Court to be through and including **April 3, 2025.** This stay is provided to give Defendants an opportunity to retain new counsel.

IT IS FURTHER ORDERED that at conclusion of the thirty (30) day stay period, discovery will automatically reopen for a period of approximately thirty (30) days, measured by the Court to be through and including **May 5, 2025**.

IT IS FURTHER ORDERED that the dispositive motion deadline is advanced to **June 5, 2025**.

IT IS FURTHER ORDERED that if no dispositive motion is filed, the proposed joint pretrial order is due **July 7, 2025**. If one or more dispositive motion is filed, the proposed joint pretrial order due date is automatically vacated and advanced to thirty (30) days after any and all dispositive motions are resolved (unless resolution ends this dispute in its entirety).

1       IT IS FURTHER ORDERED that Larson Welsh **must** send a copy of this Order to Defendants by electronic and regular U.S. Mail no later than **March 5, 2025**.

Dated this 3rd day of March, 2025.

                                                */s/ Elayna J. Youchah*
                                        ELAYNA J. YOUCHAH
                                        UNITED STATES MAGISTRATE JUDGE