AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Choice RAC LLC,

                Plaintiff,

v.

Ernesto Herrera et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00244-MMD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor Plaintiff, Choice RAC LLC, and against Defendants, Ernesto Herrera and Nora Herrera. Defendants are liable to Plaintiff in the amount of $1,526,514.97.

01/13/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk