**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHOICE RAC, LLC,

                                   Plaintiff,

v.

ERNESTO HERRERA and NORA
HERRERA,

                                   Defendants.

Case No. 2:24-cv-00244-MMD-EJY

**ORDER**

On this day came on to be considered Plaintiff Choice RAC, LLC's ("Plaintiff") Motion for Attorneys' Fees (the "Motion") made pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-14. Plaintiff seeks recovery of its attorneys' fees and costs against Defendants Ernesto Herrera and Nora Herrera ("Defendants") following the Order granting their Amended Motion for Summary Judgment and the Judgment of this Court. ECF No. 51, 52. The Motion is supported by the Affidavit of David M. Mirazo and the billing statements attached to the Affidavit. Plaintiff also filed a Bill of Costs. The Court finds that Plaintiff's counsels' fees, hours, rates, and costs are reasonable, necessary, and appropriate, that Plaintiff should be awarded its attorneys' fees and costs against Defendants, jointly and severally, and that the Motion should therefore be and the same is hereby GRANTED.

    **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the Motion is **GRANTED**. Plaintiff is awarded reasonable and necessary attorneys' fees in the amount of **$59,687.00** and costs of court in the amount of **$1,478.26** against Defendants, jointly and severally.

DATED THIS 13th day of April, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1